UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LARRY YOUNG, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-102 (RWR) |
| FRANCIS J. HARVEY et al., | ) ) ) | |
| Respondents. | ) ) | |

### TRANSFER ORDER

Petitioner is a prisoner in federal military custody at the Disciplinary Barracks at Fort Leavenworth, Kansas, serving a sentenced imposed after a military court-martial. In this pro se filing, petitioner asserts that he is detained in violation of the laws and constitution of the United States. The petition names the Secretary of the Army and the Commandant of the Disciplinary Barracks as respondents.

The proper respondent to a habeas corpus petition is the petitioner's warden or immediate custodian. Rumsfeld v. Padilla, 124 S. Ct. 2711, 2722 (2004); Blair-Bey v. Quick, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing Chatman-Bey v. Thornburgh, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." Stokes v. U.S. Parole Commission, 374 F.3d 1235, 1239 (D.C. Cir. 2004). As petitioner is incarcerated at the

-2-

Disciplinary Barracks at Fort Leavenworth, personal jurisdiction over his warden, the Commandant of the Disciplinary Barracks, lies with the United States District Court for the District of Kansas.  Accordingly, it is hereby

ORDERED that this case be, and hereby is, TRANSFERRED to the United States District Court for the District of Kansas.

SIGNED this 1st day of February, 2006.


                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge